# First District Court of Appeal
## State of Florida

_____

No. 1D17-2595

_____

RONALD PIKE,

Appellant,

v.

SELECT STAFFING and CORVEL
ENTERPRISE CORP.,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge

Date of Accident: January 8, 2016.

September 28, 2018

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Laurie Thrower Miles of Miles and Parrish, P.A., Lakeland, and Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee, for Appellant.

Juliana L. Curtis and Barbi L. Feldman of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellees.